# EXHIBIT 1

At trial, the Government intends to illicit some or all of the following information in summary form from the police who interviewed Yu on the day of the search warrant at her home:

- Yu wrote a handwritten list of login information for other employees of Top Flite. (R. 43 Ex. C: Yu Search Interview, 0:07.)

- Yu helped support Top Flite's website. (R. 43 Ex. C: Yu Search Interview, 2:07.)

- Yu used the login information for Tim, Tracy, and Kim after the Top Flite system was brought back up. (R. 43 Ex. C: Yu Search Interview, 8:55.)

- On May 1, Yu asked Top Flite for payment for April's work, but she had not received it by the time of her interview. (R. 43 Ex. C: Yu Search Interview, 11:11.)

- Yu was first locked out of the Top Flite system at the end of April, the next Monday she could log in again. She could no longer log in again on May 12, and she assumed Top Flite terminated their agreement with her. (R. 43 Ex. C: Yu Search Interview, 15:54.)

- Yu last tried to log in to Top Flite's system on May 11 or 12. (R. 43 Ex. C: Yu Search Interview, 15:54.)

- Yu lost access to the front end of the system on May 12 and the back end twice. (R. 43: Ex. C Yu Search Interview, 23:13.)

- Yu said she tried to fold up other user's login information on her handwritten note because she did not know police were there to discuss Top Flite. According to her, She grabbed the paper because the area was a mess. (R. 43 Ex. C: Yu Search Interview, 25:00.)

- After Top Flite's system went down, Yu claimed she did not make any changes to Top Flite's system when she logged in. She confirmed she did not delete employees or change bank names. (R. 43: Ex. C: Yu Search Interview, 26:00; 28:17; 32:30; 1:23:55; 1:51:19.)

- Yu claimed not to be familiar with how Top Flite's system worked. (R. 43 Ex. C: Yu Search Interview, 26:58.)

- The only computer Yu used to access Top Flite's system was the HP computer sitting in her kitchen. The HP computer in the other room was her company computer. (R. 43 Ex. C: Yu Search Interview, 39:11; 2:10:35.)

- Yu was insulted that Top Flite had not paid her and removed her access to the system. (R. 43 Ex. C: Yu Search Interview, 45:27; 58:50.)

- Yu never signed into the back end of Top Flite's system. (R. 43 Ex. C: Yu Search Interview, 47:55.)

- Yu claimed the changes to Top Flite's system may not have been intentional and may have, instead, been a system malfunction. (R. 43 Ex. C: Yu Search Interview, 49:00.)

- Yu was upset Top Flite had not paid for all of the work she had done. (R. 43 Ex. C: Yu Search Interview, 52:30.)

- Yu recognized Top Flite terminated her contract. (R. 43 Ex. C: Yu Search Interview, 55:20.)

- Yu acknowledged she logged in to check if the Top Flite system worked, but she claimed she made no changes. She did not transfer money or change bank names. She claimed any changes were a result of system problems. (R. 43: Ex. C: Yu Search Interview, 55:30; 1:21:10.)

- Yu said she did not know how to make changes inside the Top Flite system. She only knew how to log in. (R. 43 Ex. C: Yu Search Interview, 1:07:11.)

- Yu asked to access her work computer during the interview. (R. 43 Ex. C: Yu Search Interview, 1:57:40.)

- Yu said her logging in was testing. (R. 43: Ex. C: Yu Search Interview, 2:06:20.)

- Yu confirmed her son did not access Top Flite's system. (R. 43: Ex. C: Yu Search Interview, 2:50:35.)