# EXHIBIT 2

At trial, the Government intends to illicit some or all of the following information in summary form from the police who interviewed Yang on the day of the search warrant at his home:

- Yang began by asking if there was a problem with Top Flite. (R. 43 Ex. B: Yang Search Interview, 7:50.)

- Yang pursued a master's degree in computer engineering at Wayne State University. (R. 43 Ex. B: Yang Search Interview, 13:50.)

- According to Yang, Top Flite had not paid him for work completed in April. (R. 43 Ex. B: Yang Search Interview, 15:55.)

- Yang last accessed Top Flite's application at their request in April. (R. 43 Ex. B: Yang Search Interview, 17:22.)

- Yang was only responsible for Top Flite's application. He tested updates on a local computer before uploading them to Top Flite's servers, which were hosted by Providence. (R. 43 Ex. B: Yang Search Interview, 19:05.)

- Yang believed Chris Beaudrie was in charge of security for all of Top Flite's system. (R. 43 Ex. B: Yang Search Interview, 20:56.)

- Yang used the laptop in the dining room of his house to access Top Flite's servers remotely. (R. 43 Ex. B: Yang Search Interview, 22:13.)

- Yang realized he was locked out of Top Flite's system. (R. 43 Ex. B: Yang Search Interview, 25:28.)

- Yang only accessed Top Flite's system by request. He did not access it for maintenance or upkeep. (R. 43 Ex. B: Yang Search Interview, 29:58.)

- Yang did not believe there was something built into the system to cause it to crash if he was removed. (R. 43 Ex. B: Yang Search Interview, 42:26.)

- Yang claimed not to know what crashed Top Flite's system. (R. 43 Ex. B: Yang Search Interview, 49:30.)

- Yang claimed he did not use Top Flite's system to change things around, transfer money, change company names, or lock out employees. (R. 43 Ex. B: Yang Search Interview, 54:08.)

- While accessing Top Flite's system, Yang saw he was terminated. (R. 43 Ex. B: Yang Search Interview, 1:05:35.)

- After being confronted with IP logs, Yang stated he may have accessed Top Flite's system after April. (R. 43 Ex. B: Yang Search Interview, 1:09:40.)

- Yang could not remember if he made changes to Top Flite's payroll on May 7 or 8. (R. 43 Ex. B: Yang Search Interview, 1:15:55.)

- Yang could not remember if he made a $1 million transfer in Top Flite's system on May 8. (R. 43 Ex. B: Yang Search Interview, 1:17:17.)

- Yang confirmed he understood police during their questioning. (R. 43 Ex. C: Yu Search Interview, 2:49:41.)

- Yang stated his email address was baoliy@yahoo.com (R. 43 Ex. C: Yu Search Interview, 2:57:00.)